UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL ARMANDO OMARA, | ) | NO. SACV 11-01274 JAK (SS) |
| | ) | |
| Petitioner, | ) | **ORDER ACCEPTING AND MODIFYING** |
| | ) | |
| v. | ) | **FINDINGS, CONCLUSIONS AND** |
| | ) | |
| FRANK X. CHAVEZ, Warden, | ) | **RECOMMENDATIONS OF UNITED STATES** |
| | ) | |
| Respondent. | ) | **MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, the Report and Recommendation of the United States Magistrate Judge, Petitioner's March 19, 2012 Traverse, and Petitioner's Objections. After having considered Petitioner's arguments in the Traverse as well as his Objections and made a de novo determination of the Report and Recommendation, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge with the following modification.

Pursuant to 28 U.S.C. § 2254(a), the Court may not reach the merits of a habeas petitioner's claim unless the petitioner is "in custody."

1   Although the petitioner "must be in custody at the time that the
2   petition is filed . . . the petitioner's subsequent release from custody
3   does not itself deprive the federal habeas court of its statutory
4   jurisdiction."  Bailey v. Hill, 599 F.3d 976, 979 (9th Cir. 2010)
5   (internal citations and quotation marks omitted).  Specifically, a state
6   prisoner "remains in 'custody' for purposes of habeas jurisdiction while
7   she is on parole" and the "case is not moot because the adverse
8   consequences of her criminal conviction remain."  Goldyn v. Hayes, 444
9   F.3d 1062, 1064 n.2 (9th Cir. 2006) (internal quotation marks and
10  alterations omitted).

12      According to the Prisoner Services Division at Sierra Conservation
13  Center, the state facility where Petitioner was housed, Petitioner was
14  recently released to County supervision.  However, despite his release,
15  Petitioner's habeas petition is not moot and he is still "in custody"
16  because he is subject to continuing supervision by the Orange County
17  Probation Department.  Consequently, the Court retains jurisdiction to
18  rule on the merits of the Petition.

20      For the reasons stated in the Report and Recommendation, **IT IS**
21  **ORDERED** that the Petition is denied and Judgment shall be entered
22  dismissing this action with prejudice.
23  \\
24  \\
25  \\
26  \\
27  \\
28  \\

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and the Judgment herein on Petitioner and counsel for Respondent.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: May 3, 2012

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE