**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL ARMANDO OMARA, | ) NO. SACV 11-01274 JAK (SS) |
| Petitioner, | ) |
| v. | ) **JUDGMENT** |
| FRANK X. CHAVEZ, Warden, | ) |
| Respondent. | ) |

Pursuant to the Court's Order Accepting and Modifying Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: May 3, 2012

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE